IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEITH A. GEBELEIN AND SUZANNE
GEBELEIN,

      Appellants,

  v.

Case No.  5D21-2263
LT Case No. 2018-10240-CIDL

COUNTY OF VOLUSIA, A POLITICAL
SUBDIVISION OF THE STATE OF FLORIDA,

      Appellee.
_____/

Decision filed November 1, 2022

Appeal from the Circuit Court
for Volusia County,
Kathryn D. Weston, Judge.

Christopher V. Carlyle, of The Carlyle
Appellate Law Firm, Orlando, and
Raymer Francis Maguire, III, of
Maguire Eminent Domain, P.A.,
Orlando, for Appellants.

Thomas R. Brown, III, Senior Assistant
County Attorney, Deland, for Appellee.


PER CURIAM.

    AFFIRMED.



EISNAUGLE and HARRIS, JJ., and ORFINGER, R.B., Senior Judge, concur.